IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAMAJO DE LEON,<br><br>                 Petitioner,<br><br>   v.<br><br>J.L. JAMISON, *in his official capacity as Warden of Federal Detention Center, Philadelphia,* et al.,<br><br>                 Respondents. | CIVIL ACTION<br><br>No. 25-7199-KSM |

## ORDER

**AND NOW** this 23rd day of December, 2025, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1), and Respondents' opposition (Doc. No. 3), and for the reasons set forth in a forthcoming Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

    1.    Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

    2.    The Government shall **RELEASE** Petitioner from custody immediately. Counsel shall certify compliance with this Order and the forthcoming Memorandum by filing on the docket no later than **3:00 p.m. on December 23, 2025.**

    3.    The Government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.

      4.      If the Government pursues re-detention of Petitioner after that seven-day period, they must first provide him with a bond hearing, at which an immigration judge shall determine whether detention is warranted pending the resolution of Petitioner's removal proceedings. Pending that bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as the proposed destination. The Court will then determine whether to grant the request and permit transfer.

      **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.