# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAMAJO DE LEON,** | **CIVIL ACTION** |
| Petitioner, | |
| v. | **No. 25-7199-KSM** |
| **J.L. JAMISON,** *in his official capacity as Warden of Federal Detention Center, Philadelphia,* et al., | |
| Respondents. | |

## ORDER

**AND NOW** this 23rd day of December, 2025, following the Court's ruling on Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.