**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **GLIBERSON GRAMAJO DE LEON,** | **CIVIL ACTION** |
| Petitioner, | |
| **v.** | **No. 25-7199-KSM** |
| **J.L. JAMISON,** *in his official capacity as Warden of Federal Detention Center, Philadelphia,* et al., | |
| Respondents | |

## ORDER

AND NOW, this 16th day of April, 2026, upon consideration of Petitioner's Motion for Attorney Fees[1] (Doc. No. 10), it is **ORDERED** that Respondents must file a responsive pleading by **April 24, 2026.**

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] Petitioner's Motion was filed on March 23, 2026, which was 24 days ago. To date, Respondents have not filed a responsive pleading.