## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **GLIBERSON GRAMAJO DE LEON,** | **CIVIL ACTION** |
| Petitioner, | |
| **v.** | **No. 25-7199-KSM** |
| **J.L. JAMISON,** *in his official capacity as Warden of Federal Detention Center, Philadelphia,* et al., | |
| Respondents. | |

## ORDER

**AND NOW,** this 30th day of June, 2026, upon consideration of Petitioner's Motion for Attorney's Fees (Doc. No. 10) and the Third Circuit's pending rulings in *Lopes De Andrade v. Director Philadelphia Field Office Immigration and Customs Enforcement, et al.*, No. 26-1454 (3d Cir.), and *Buele Morocho v. Warden Philadelphia FDC, et al.*, No. 26-1150 (3d Cir), it is **ORDERED** that the parties Stipulation Extending the Time for the Government to Respond to the Motion for Attorney's Fees (Doc. No. 13) is extended until **July 31, 2026.**

Respondents must respond to Petitioner's Motion for Attorneys Fees no later than **July 31, 2026.**

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.